**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO C ARMOUR,<br><br>Defendant. | CASE NO. 1:21-CR-47-HAB-SLC<br>1:22-CV-438-HAB |

# OPINION AND ORDER

Antonio Armour ("Armour") pleaded guilty to possessing with intent to distribute fentanyl and methamphetamine, 21 U.S.C. §841(a)(1), and possessing a firearm in furtherance of a drug-trafficking crime, 18 U.S.C. § 924(c). Before the Court are two motions from Armour relating to his motion under 28 U.S.C. §2255, which this Court denied on November 6, 2024. (ECF No. 103). He filed a post-judgment motion under Fed.R.Civ. P. 60(b)(3) and (b)(6) seeking relief from the § 2255 judgment based on "fraud, misrepresentation, or misconduct by an opposing party," and the catch-all provision permitting relief for "any other reason." (ECF No. 150). He also requests an evidentiary hearing related to ground 3 of his successive petition under 28 U.S.C. § 2255, in which he reasserts a claim for ineffective assistance of counsel against his trial counsel relating to her alleged forgery of a document dismissing his appeal. (ECF No. 149).

Taking these in reverse order, the motion for evidentiary hearing is DENIED (ECF No. 149) as the Seventh Circuit has dismissed his request to pursue a successive §2255 motion. (ECF No. 151). As for his Rule 60(b) motion, this statute provides relief only in the most "extraordinary situations where a judgment is the inadvertent product of special circumstances and not merely

erroneous application of law." *Kennedy v. Schneider Elec.*, 893 F.3d 414, 419 (7th Cir. 2018) (citations omitted). Defendant's motion takes issue with the application of the law and the outcome of his § 2255 proceeding. The special circumstances defendant raises were addressed in his § 2255 motion and both this Court and the Seventh Circuit found they lacked merit. For this reason, the Defendant's Rule 60 motion (ECF No. 150) is DENIED.

**SO ORDERED** this 25th day of August 2026.

s/Holly A. Brady
Chief Judge